FILED
CLERK, U.S. DISTRICT COURT
2004 DEC 20  P 4:00

Tracy H. Fowler (1106)
SNELL & WILMER L.L.P.
Gateway Tower West
15 W. South Temple, Suit 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

Michael G. McQuillen, Esq.
Kevin W. Murphy, Esq.
ADLER MURPHY & MCQUILLEN
One North LaSalle Street, Suite 2300
Chicago, IL 60602
Telephone: (312) 345-0700
Facsimile: (312) 345-9860

Attorneys for Defendant Honeywell International Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WESLEY WHITE, a minor, by and through his parent and natural guardian, MICHELLE WHITE, for herself, both as heir of JOEL WHITE and as Personal Representative of the Estate of JOEL WHITE, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>THE NEW PIPER AIRCRAFT CORPORATION, a foreign corporation; WEST STAR AVIATION, INC., a foreign Corporation; ALLIEDSIGNAL INC.; ELECTRONIC AND AVIONICS SYSTEMS, BENDIX KING DIVISION, a foreign Corporation; AERONAUTICAL TESTING SERVICE, a foreign corporation,<br><br>Defendants. | **JOINT MOTION TO MOVE TRIAL DATE**<br><br>Case No. 2:99CV 0896B<br><br>Judge: Dee V. Benson<br><br>Magistrate Judge: Samuel Alba |

328724.1



Defendant Honeywell International, Inc., Defendant West Star Aviation, Inc., and Plaintiffs (collectively referred to as the "Movants") hereby jointly move the Court for an order moving the trial date sixty (60) days from February 7-18, 2005 to dates in April 2005. In support of this motion, the Movants state as follows:

There is currently pending before the Court several motions, including (i) Defendant Honeywell International, Inc.'s Motion for Summary Judgment; (ii) Defendant West Star Aviation, Inc.'s Motion for Ruling and Briefing on Issue of Settlement Set-off; (iii) Plaintiffs' Rule 41(a)(2) Motion for Dismissal of The Piper Aircraft Corporation Irrevocable Trust; and (iv) The Piper Aircraft Corporation Irrevocable Trust's Motion for a Protective Order Barring the Rule 30(b)(6) Deposition Sought By Defendant West Star Aviation, Inc. Oral argument has yet to occur on these motions. The resolution of these motions could determine which parties will remain in this matter as well as which issues will be tried before this Court. Furthermore, the resolution of these motions could significantly reduce the amount of pre-trial motion practice that will be required prior to trial. Before the Movants continue to expend time and money in preparing for a trial set in February 2005, the Movants request that the Court move the trial date sixty days to dates in April 2005 that work with the Court's calendar. The Movants will make themselves available at the Court's convenience for a scheduling conference to set the dates for trial in April 2005. The Movants believe that moving the trial date will clarify which issues, if any, remain to be tried by this Court.

The Movants are all the remaining parties in this matter, and the Movants have all informed Honeywell International, Inc.'s counsel that they join in this motion.

328724.1

December 20th, 2004

Respectfully submitted,

*[signature]*

MICHAEL G. McQUILLEN
KEVIN W. MURPHY
**ADLER MURPHY & McQUILLEN**
One North LaSalle Street, Suite 2300
Chicago, IL 60602
(312) 345-0700

and

TRACY H. FOWLER
**SNELL & WILMER, LLP**
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, UT 84101
(801) 257-1900

ATTORNEYS FOR DEFENDANT
HONEYWELL INTERNATIONAL INC.

328724.1

## CERTIFICATE OF MAILING

I hereby certify that I caused to be mailed a true and accurate copy of the foregoing, postage prepaid, on the 20th day of December, 2004:

| | |
|---|---|
| Arthur Alan Wolk, Esq.<br>Richard E. Genter, Esq.<br>WOLK & GENTER<br>1710-12 Locust Street<br>Philadelphia, PA 19103 | L. Richard Musat<br>Mark A. Pottinger<br>TREECE, ALFREY, MUSAT & BOSWORTH, P.C.<br>999 18th Street, Suite 1600<br>Denver, CO 80202 |
| Robert S. Young, Esq.<br>LAW OFFICES OF ROBERT S. YOUNG, L.C.<br>Suite 800, McIntyre Building<br>68 South Main Street<br>Salt Lake City, UT 84101 | Mark A. Dombroff, Esq.<br>DOMBROFF & GILMORE<br>1025 Thomas Jefferson Street, N.W.<br>Suite 300 West<br>Washington, D.C. 20007 |
| Michael P. Zaccheo, Esq.<br>RICHARDS, BRANDT, MILLER & NELSON<br>50 South Main Street, Suite 700<br>P.O. Box 2465<br>Salt Lake City, UT 84110-2465 | R. Brent Stephens, Esq.<br>SNOW, CHRISTENSEN & MARTINEAU, P.C.<br>10 Exchange Place, Eleventh Floor<br>P.O. Box 45000<br>Salt Lake City, UT 84145 |

_/s/ signature_