L. Richard Musat, Esq. (Admitted Pro Hac Vice)
Mark A. Pottinger, Esq.
Treece, Alfrey, Musat & Bosworth, P.C.
999 Eighteenth Street, Suite 1600
Denver, CO 80202
Telephone: 303-292-2700
Fax: 303-295-0414



R. Brent Stephens, Esq. (#3098)
Snow, Christensen & Martineau, P.C.
10 Exchange Place, Eleventh Floor
P.O. Box 45000
Salt Lake City, Utah 84145
Telephone: 801-521-9000
Fax: 801-363-0400

Attorneys for Defendant
West Star Aviation, Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

WESLEY WHITE, a minor, by and through his parent and natural guardian, MICHELLE WHITE, for herself, both as heir of JOEL WHITE, and as Personal Representative of the Estate of JOEL WHITE, Deceased,

Plaintiffs,

v.

WEST STAR AVIATION, INC.,

Defendant.

**Civil No. 2:99-CV-0896B
Judge Dee V. Benson
Magistrate Judge Alba**

---

**DEFENDANT'S MOTION TO PROHIBIT
SPEAKING OBJECTIONS AT TRIAL**

---

Defendant West Star Aviation, Inc. ("West Star"), by and through its undersigned counsel, hereby submits this Motion to Prohibit Speaking Objections at Trial. In support of this motion, West Star states as follows:

According to Rule 43-1(a)(2)(C) and (D) of the Rules of Practice of the District Court of the District of Utah, which rule pertains to courtroom practices and protocol:

> To maintain decorum in the courtroom, counsel will abide strictly by the following rules:
>
> * * *
>
> (D) In making an objection, counsel must state plainly and briefly the specific ground of objection and may not engage in argument unless requested or permitted by the court to do so.

West Star requests, in the interest of a fair trial and the clear presentation of evidence to the jury, that counsel for both parties be prohibited from employing speaking objections at trial and that this prohibition be enforced during the trial.

The use of speaking objections is not a proper method to make legal argument to the court during a jury trial. The use of speaking objections is also confusing to the jury and serves to distract the jury from remaining focused on the evidence being presented.

WHEREFORE, for the foregoing reasons, West Star requests that the Court enter an order prohibiting the use of speaking objections at trial.

Dated this 29TH day of June, 2005.

Respectfully Submitted:

R. Brent Stephens, Esq. (#3098)
Snow, Christensen & Martineau, P.C.
10 Exchange Place, Eleventh Floor
P.O. Box 45000
Salt Lake City, Utah 84145
Telephone: 801-521-9000
Fax: 801-363-0400

-and-

L. Richard Musat, Esq.
Mark A. Pottinger, Esq.
Treece, Alfrey, Musat & Bosworth, P.C.
999 18th Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-292-2700
Fax: 303-295-0414

ATTORNEYS FOR DEFENDANT WEST STAR AVIATION, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2005, a true and correct copy of the foregoing **DEFENDANT'S MOTION TO PROHIBIT SPEAKING OBJECTIONS AT TRIAL** was placed in the United States mail, postage prepaid, and addressed to the following:

Arthur Alan Wolk, Esq.
Brian P. Kelly, Esq.
Wolk & Genter
1710-12 Locust Street
Philadelphia, Pennsylvania 19103

Kevin Murphy, Esq.
Adler, Murphy & McQuillen
1 North LaSalle Street, 23rd Floor
Chicago, Illinois 60602

Tracy H. Fowler, Esq.
Snell & Wilmer, LLP
15 West South Temple, Suite 12000
Salt Lake City, Utah 84101

Robert S. Young, Esq.
Suite 800, McIntyre Building
68 South Main Street
Salt Lake City, Utah 84101

Margo Colegrove